IRVING K. BAXTER, Appellant, v. STATE OF NEW YORK, Respondent. (Motion No. 1284.) — Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, Love, Vaughan and Kimball, JJ. [See *ante*, p. 839.]

In the Matter of the Probate of the Will of AGNES M. GABLER, Deceased. FRED H. J. GARR et al., Appellants; OLEAN TRUST COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Love and Kimball, JJ. [See *ante*, p. 840.]

## (March 24, 1948.)

HOLY SEPULCHRE CEMETERY, Appellant, v. TOWN OF GREECE, Respondent.— Order affirmed, with $10 costs and disbursements, upon the opinion of GILBERT, J., delivered at Special Term. All concur; Larkin, J., not voting. (The order denies plaintiff's motion for judgment on the pleadings, and dismisses the causes of action in the complaint numbered one to five, inclusive, in an action for a declaratory judgment determining that the town of Greece is without power to restrict plaintiff from using its lands for cemetery purposes.) Present — Taylor, P. J., Larkin, Love, Vaughan and Kimball, JJ. [191 Misc. 241.]

CHARLES CZEIZINGER, Appellant, v. GROVER A. WINCH et al., Respondents, et al., Defendants.— Judgment reversed on the law and the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that evidence presents disputed questions of fact which require determination by the trier of the fact. All concur. (The judgment dismisses the complaint as to defendants Winch in an action to rescind a contract.) Present — Taylor, P. J., McCurn, Larkin, Love and Kimball, JJ.

GEORGE J. GOLDSTEIN, Respondent, v. S. A. & K. BUILDING, INC., Appellant. — Order affirmed, with $10 costs and disbursements. All concur. (The order denies defendant's motion for summary judgment in an action by a real estate broker to recover commissions.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

ANNA A. LAITENBERGER, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 27918.) — Judgment affirmed, with costs. All concur. (The judgment is for claimant on a claim for damages for personal injuries alleged to have been sustained by claimant by reason of an automobile, in which she was a passenger, skidding off a State highway due to its claimed negligent and slippery condition.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [190 Misc. 633.]

ALFRED F. LAITENBERGER, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 27919.) — Judgment affirmed, without costs of this appeal to either party. All concur. (The judgment dismisses a claim for property damage to claimant's automobile and for damages for loss of services of, and medical attendance for, claimant's wife.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [190 Misc. 633.]

In the Matter of the Probate of the WILL of CLIFFORD MCLAUGHLIN, Deceased. INDIA V. THURBER, Appellant; CLIFFORD J. CHIPMAN, as Executor of CLIFFORD MCLAUGHLIN, Deceased, et al., Respondents.— Order affirmed, with costs payable out of the estate to all parties filing briefs. All concur. (The order construes a will.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [190 Misc. 433.]